**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | |
| *Plaintiff*, | |
| v. | Civil Action No. 16-2237 (TSC) |
| FEDERAL BUREAU OF INVESTIGATION, | |
| *Defendant*. | |

## JOINT STATUS REPORT

Defendant, the Federal Bureau of Investigation ("FBI"), along with Plaintiff, the Electronic Privacy Information Center ("EPIC"), by and through the undersigned, hereby submit this Joint Status Report pursuant to this Court's January 23, 2017 Minute Order.

EPIC filed a Freedom of Information Act ("FOIA") request with the FBI on April 2, 2015. ECF No. 1 ¶ 18.  This request sought records "pertaining to all memoranda of understanding between the FBI and DOD relating to biometric data transfers." *Id.* ¶ 19.  On September 1, 2015, the FBI informed EPIC that its search for responsive records located thirty-five pages of responsive records that "originated with, or contained information concerning, other Government Agencies[.]" *Id.* ¶ 27.  On November 10, 2016, Plaintiff filed the instant action, seeking release of those records.

On January 13, 2017, the FBI released all thirty-five pages of responsive records to EPIC, with certain information withheld pursuant to FOIA Exemptions 6 and 7(E).  In an effort to potentially narrow the issues presented in this litigation, the FBI has agreed that, by March 13, 2017, it will provide EPIC with informal Vaughn indices and/or draft declarations explaining the

bases for these withholdings.  The Parties further agreed to file another joint status report with this

Court on or before March 27, 2017, updating it on the status of this proceeding, identifying what,

if any issues remain, and proposing a schedule for proceeding in this matter.  After the Parties have

exchanged this information, they will be in a better position to inform the Court about the

likelihood of needing to conduct additional searches, the anticipated number of additional

responsive documents, and the other topics raised in the Court's January 23, 2017 Minute Order.

Presently, the Parties do not anticipate a motion for an Open America stay in this matter.

February 13, 2017                                 Respectfully submitted,

                                                  CHANNING D. PHILLIPS
                                                  D.C. Bar #415793
                                                  United States Attorney

                                                  DANIEL F. VAN HORN
                                                  D.C. BAR # 924092
                                                  Chief, Civil Division

                         By:     */s/ Brian J. Field*
                                                  BRIAN J. FIELD
                                                  D.C. BAR #985577
                                                  Assistant United States Attorney
                                                  555 4th Street, N.W.
                                                  Washington, D.C. 20530
                                                  Tel: (202) 252-2551
                                                  E-mail: Brian.Field@usdoj.gov

                                                  MARC ROTENBERG, D.C. BAR # 422825
                                                  EPIC President

                                                  ALAN BUTLER, D.C. BAR # 1012128
                                                  EPIC Senior Counsel

                                                  */s/ Jeramie D. Scott*
                                                  JERAMIE D. SCOTT, D.C. BAR # 1025909
                                                  Electronic Privacy Information Center
                                                  1718 Connecticut Ave. NW, Suite 200
                                                  Washington, DC 20009
                                                  (202) 483-1140

2

jscott@epic.org

*Counsel for Plaintiff*