UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 16-2237 (TSC) |

**JOINT STATUS REPORT**

Defendant, the Federal Bureau of Investigation ("FBI"), along with Plaintiff, the Electronic Privacy Information Center ("EPIC"), by and through the undersigned, hereby submit this Joint Status Report pursuant to this Court's February 15, 2017 Minute Order.

EPIC filed a Freedom of Information Act ("FOIA") request with the FBI on April 2, 2015. ECF No. 1 ¶ 18. This request sought records "pertaining to all memoranda of understanding between the FBI and DOD relating to biometric data transfers." *Id.* ¶ 19. On September 1, 2015, the FBI informed EPIC that its search for responsive records located thirty-five pages of responsive records that "originated with, or contained information concerning, other Government Agencies[.]" *Id.* ¶ 27. On November 10, 2016, Plaintiff filed the instant action, seeking release of those records.

On January 13, 2017, the FBI released all thirty-five pages of responsive records to EPIC, with certain information withheld pursuant to FOIA Exemptions 6 and 7(E). In an effort to potentially narrow the issues presented in this litigation, the FBI provided EPIC with informal Vaughn indices on March 10, 2017, which explained the bases for these withholdings. Since then,

EPIC has informed the FBI that it wishes to engage in dispositive briefing on three issues: the sufficiency of the FBI's search for responsive records; the segregability of the portions of records withheld pursuant to FOIA Exemption 7(E); and the withholding of material pursuant to FOIA Exemption 7(E).

Accordingly, the Parties request that the Court enter the following briefing schedule, as provided in the accompanying Proposed Order:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | May 22, 2017 |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | June 19, 2017 |
| Defendant's Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment | August 4, 2017 |
| Plaintiff's Reply in Support of Cross-Motion for Summary Judgment | September 15, 2017 |

March 27, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:  /s/ Brian J. Field
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

MARC ROTENBERG, D.C. BAR # 422825
EPIC President

ALAN BUTLER, D.C. BAR # 1012128
EPIC Senior Counsel

  */s/ Jeramie D. Scott*
JERAMIE D. SCOTT, D.C. BAR # 1025909
Electronic Privacy Information Center
1718 Connecticut Ave. NW, Suite 200
Washington, DC 20009
(202) 483-1140
jscott@epic.org

*Counsel for Plaintiff*